**SEALED**

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 15 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 7:05CR82 |
| SHANNON JARRELL BROWN | : **S E A L E D** |

### O R D E R

Upon motion by the government and for good cause shown, it is hereby **ORDERED** that the indictment and all related documents in the above-captioned matter be placed under seal for thirty days or when the defendants are in custody, whichever is sooner.

ENTERED: This 15th day of September, 2005.

/s/ James C. Turk
UNITED STATES DISTRICT JUDGE